WIPETTE SPORTSWEAR, INC., Respondent, v. IRVINGTON PLACE, INC., et al., Appellants.— No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

JOHN F. WALSH, as Administrator of the Estate of MARY WALSH, Deceased, Respondent, v. GOOD HUMOR CORP. et al., Appellants.— Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

In the Matter of the Accounting of SOLON R. KANE, as Executor of IDA C. PASQUARIELLO, Deceased. ROSE CUNETTA, as Executrix of JOSEPH PASQUARIELLO, Deceased; RUGGERO FARACE, as Consul General of Italy at New York.— Concur — Botein, P. J., Rabin, McNally, Eager and Bastow, JJ.

In the Matter of the Arbitration between ASTORIA MEDICAL GROUP et al. and HEALTH INSURANCE PLAN OF GREATER NEW YORK.— Concur — Botein P. J., Breitel, Rabin, Valente and Steuer, JJ.

PRUDENCIO RIVERA, Individually and as Guardian ad Litem of FERNANDO RIVERA, v. CITY OF NEW YORK et al.— Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

MICHAEL VERRA v. AMERICAN STEVEDORES, INC.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

MARKCEIL REALTY CORPORATION v. MANO MIHALY.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

JAMES A. McQUILKIN v. SANFORD D. BOGATY. ALEXANDER BUNTINE v. SANFORD BOGATY.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

PURLEY PROPERTIES, INC., v. FRANK FISH.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

ESTELLE WEXLER v. CHASE MANHATTAN BANK.— Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH COFFEY.— Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.

SAMUEL GELLER v. MARIE SCHMIDBERGER, Individually and as Executrix of PAUL SCHMIDBERGER, Deceased, et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.